

**SIGNED THIS 14th day of February, 2024**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| In re:   Christine H Glover | CASE NO.   19-62164 |
|---|---|
| Debtor(s) | CHAPTER   13 |

O R D E R

A hearing was held in the above-captioned case on 2/1/2024. The outcome of said hearing was to be embodied in an order to be submitted by Kimberly Yancey Brooks, Esq. No order has been submitted within the time allowed by Local Rule 9072-1. Accordingly, it is

O R D E R E D

That Kimberly Yancey Brooks, Esq. shall appear before this Court on 2/29/2024, at 9:30 AM, before Judge Connelly by Zoom Video to SHOW CAUSE why such Order was not submitted to the Court as required by such rule, and if good cause not be shown, further to SHOW CAUSE why a monetary or other sanction should not be imposed upon such counsel for such failure. For Zoom Video access instructions, please see the Court website. Submission of such Order and its entry by the Court prior to such hearing shall not cancel such hearing but shall be given such consideration as the Court shall determine appropriate.

Copies of this order are directed to be sent to the United States Trustee or chapter trustee, as applicable; and to Kimberly Yancey Brooks, Esq.

**END OF ORDER**

oscmg